THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 v.
 Tyrone Lydell Hillie, Appellant.
 
 
 
 
 
 Appeal From York County
  Steven H. John, Circuit Court Judge
 Unpublished Opinion No. 2007-UP-372
 Submitted September 9, 2007  Filed September 18, 2007   
 
 APPEAL DISMISSED
 
 
 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 
 
 PER CURIAM:  Tyrone Lydell Hillie (Appellant) pled guilty to two counts of possession with intent to distribute crack cocaine in close proximity of a school or park; two counts of trafficking in crack cocaine weighing ten to twenty-eight grams, second offense; and possession of marijuana, second offense.  He was sentenced to concurrent prison terms of ten years for each of the cocaine charges and one year, concurrent, for the marijuana charge.  In addition, Appellants probation was revoked and his suspended sentences were reinstated, to run concurrently with the charges above. 
 
 On appeal, counsel for Appellant has filed a final brief along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.          
 APPEAL DISMISSED.[1]
 HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.